# Court of Appeals
# of the State of Georgia

ATLANTA,___July 30, 2012___

*The Court of Appeals hereby passes the following order:*

**A12I0332.  FORT OGLETHORPE HEALTHCARE PROPERTIES, INC. v.
CITY OF FORT OGLETHORPE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.  The Applicant's Motion For Emergency Supersedeas is DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_07/30/2012_____
*I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court
hereto affixed the day and year last above written.*

_____, *Clerk.*